# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Richard Szykula, Sr., et al., | Civil No. 06-3195 (RHK/JSM) |
| Plaintiffs, | **ORDER** |
| vs. | |
| The City of Spring Lake Park, et al., | |
| Defendants. | |

Pursuant to the Stipulation of Dismissal (Doc. No. 6), **IT IS ORDERED** that this matter is **DISMISSED WITH PREJUDICE**, without costs, disbursements to any of the parties.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:   July 25, 2007

                                               s/Richard H. Kyle  
                                               RICHARD H. KYLE  
                                               United States District Judge